# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

FLAMBEAU, INC.,

           Plaintiff,

v.

           Case No. 3:23-cv-00296-slc

ROOKS MARKETING GLOBAL, INC.,

           Defendant.

## STIPULATION AS TO EXTENSION OF TIME

Plaintiff, Flambeau, Inc. and Defendant, Rooks Marketing Global, Inc., by their respective counsel, stipulate and agree that Defendant be granted a 21-day extension of time to answer or otherwise respond to Plaintiff's Complaint, to and including August 11, 2023.

| FLAMBEAU, INC. | ROOKS MARKETING GLOBAL, INC. |
|---|---|
| By: s/ John C. Gardner<br>    John C. Gardner<br>    DeWitt LLP<br>    Two East Mifflin Street, Suite 600<br>    Madison, WI 53703<br>    *Attorneys for Plaintiff* | By: s/ C. Douglas Moran<br>    C. Douglas Moran<br>    Carlson Dash, LLC<br>    216 S. Jefferson St., Suite 303<br>    Chicago, IL 60661<br>    *Attorneys for Defendant* |