IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FLAMBEAU, INC.,

        Plaintiff,

v.

ROOKS MARKETING GLOBAL, INC.,

        Defendant.

Case No. 3:23-cv-00296-slc

---

**STIPULATION AS TO EXTENSION OF TIME**

---

Plaintiff, Flambeau, Inc. and Defendant, Rooks Marketing Global, Inc., by their respective counsel, state that the Parties have been involved in good faith negotiations to attempt to amicably resolve this matter; however, the Parties do not believe that they will be able to finalize the negotiations and properly document any resolution by August 11, 2023. As such, the Parties stipulate and agree to one final extension granting Defendant an additional 28 days to answer or otherwise respond to Plaintiff's Complaint, to and including September 8, 2023.

| FLAMBEAU, INC. | ROOKS MARKETING GLOBAL, INC. |
|---|---|
| By: s/ John C. Gardner | By: s/ C. Douglas Moran |
|    John C. Gardner |    C. Douglas Moran |
|    DeWitt LLP |    Carlson Dash, LLC |
|    Two East Mifflin Street, Suite 600 |    216 S. Jefferson St., Suite 303 |
|    Madison, WI 53703 |    Chicago, IL 60661 |
|    *Attorneys for Plaintiff* |    *Attorneys for Defendant* |