IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FLAMBEAU, INC.,

        Plaintiff,

v.

ROOKS MARKETING GLOBAL, INC.,

        Defendant.

Case No. 3:23-cv-00296-slc

**STIPULATION AS TO EXTENSION OF TIME**

Plaintiff, Flambeau, Inc., and Defendant, Rooks Marketing Global, Inc., by their respective counsel, state that the Parties have agreed upon the material terms necessary to resolve this matter and have exchanged proposed settlement documentation. The Parties are in the process of finalizing the settlement documentation, after which it is anticipated that the Plaintiff will be voluntarily dismissing the pending lawsuit; however, the settlement documentation will not be finalized and executed prior to the current deadline for Defendant to respond to the Complaint. While the Parties' last stipulation was intended to be the final extension, the Parties, through counsel, believe it is in the best interest of justice and of the Parties to grant an additional extension of 28 days to answer or otherwise respond to Plaintiff's Complaint, to and including October 6, 2023, to allow the Parties sufficient time to finalize and execute the settlement documents.

| FLAMBEAU, INC. | ROOKS MARKETING GLOBAL, INC. |
|---|---|
| By: s/ John C. Gardner<br>    John C. Gardner<br>    DeWitt LLP<br>    Two East Mifflin Street, Suite 600<br>    Madison, WI 53703<br>    *Attorneys for Plaintiff* | By: s/ C. Douglas Moran<br>    C. Douglas Moran<br>    Carlson Dash, LLC<br>    216 S. Jefferson St., Suite 303<br>    Chicago, IL 60661<br>    *Attorneys for Defendant* |