IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FLAMBEAU, INC.,

        Plaintiff,

v.

        Case No. 3:23-cv-00296-slc

ROOKS MARKETING GLOBAL, INC.,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Flambeau, Inc., hereby gives notice that this action is voluntarily dismissed without prejudice and without the need for a Court order.

Dated:  October 6, 2023

        Respectfully submitted,

        */s/ John C. Gardner*
        John C. Gardner
        **DeWitt LLP**
        2 E. Mifflin Street, Suite 600
        Madison, WI  53703-2865
        608-255-8891
        608-252-9243
        jcg@dewittllp.com

        **ATTORNEYS FOR PLAINTIFF,
        FLAMBEAU, INC.**